Case No. 14 Civ. 1935 (NRB)

# United States District Court

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

In Re: Lehman Brothers Holdings Inc.,

*Debtor.*

FirstBank Puerto Rico,

*Plaintiff-Appellant,*

—against—

Barclays Capital Inc.,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
08-B-13555 (SCC), 10-4103A (SCC)

## BRIEF FOR PLAINTIFF-APPELLANT
## [FILED UNDER SEAL]

Jeffrey A. Mitchell
Judith R. Cohen
Dickstein Shapiro LLP
1633 Broadway
New York, New York 10019
(212) 277-6500

*Attorneys for Plaintiff-Appellant*