Case No. 14 Civ. 1935 (NRB)

# United States District Court
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

◆◆◆

In Re: LEHMAN BROTHERS HOLDINGS INC.,

*Debtor.*

FIRSTBANK PUERTO RICO,

*Plaintiff-Appellant,*

—against—

BARCLAYS CAPITAL INC.,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
08-B-13555 (SCC), 10-4103A (SCC)

---

### REPLY BRIEF FOR PLAINTIFF-APPELLANT
### [FILED UNDER SEAL]

---

JEFFREY A. MITCHELL
JUDITH R. COHEN
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019
(212) 277-6500

*Attorneys for Plaintiff-Appellant*