## CLEARY GOTTLIEB STEEN & HAMILTON LLP

WASHINGTON, DC
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

Writer's Direct Dial +1 212 225 2894
E-Mail bmorag@cgsh.com

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

February 10, 2015

**VIA ECF**
The Honorable Naomi Reice Buchwald
United States District Court
  for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *FirstBank Puerto Rico v. Barclays Capital Inc.*
                  *(In re Lehman Brothers Holdings Inc.)*, Case No. 1:14-cv-01935-NRB

Dear Judge Buchwald:

        On behalf of Defendant-Appellee Barclays Capital Inc. ("Barclays"), I write to inform the Court that Barclays will file and serve its reply papers on its Motion for Appellate Fees (the "Fees Motion") on Friday, February 13, 2015.

        Per the Stipulation and Order entered by this Court on January 5, 2015 (ECF No. 31), Barclays filed and served its Fees Motion on January 20, 2015 (ECF Nos. 33-36). Plaintiff-Appellant FirstBank Puerto Rico ("FirstBank") filed and served its opposition papers on February 3, 2015 (ECF Nos. 39-41). Because no briefing schedule has been ordered, the time for Barclays to file and serve its reply is governed by Local Civil Rule 6.1(b) and Federal Rule of Civil Procedure 6. Under those rules, Barclays has seven days following service of FirstBank's opposition to file its reply, plus "3 days are added" because service of FirstBank's opposition to the Fees Motion was effected by electronic means. See Fed. R. Civ. P. 6(d); id. 5(b)(2)(E).

        Barclays has conferred with FirstBank and FirstBank confirmed that Barclays has until February 13, 2015 to file and serve its reply on the Fees Motion.

                                                     Respectfully submitted,

                                                     Boaz S. Morag

cc:    Jeffrey Mitchell, Esq.
        Judith Cohen, Esq.

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE